# **Exhibit B**

```
MORRIS COUNTY SUPERIOR COURT
PO BOX 910
MORRISTOWN          NJ 07963

                             TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (862) 397-5700
COURT HOURS  8:30 AM - 4:30 PM

                       DATE:    FEBRUARY 09, 2024
                       RE:      ATLAS DATA PRIVACY C ORPORATIO   VS SPY DIALER, IN
                       DOCKET: MRS L -000259 24

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 1.

     DISCOVERY IS   150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON NOAH FRANZBLAU

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (862) 397-5700 EXT 75351.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                    ATT: RAJIV D. PARIKH
                                    GENOVA BURNS LLC
                                    494 BROAD ST 6TH FL
                                    NEWARK              NJ 07102


ECOURTS
```