# Exhibit D



**Rajiv D. Parikh, Esq.**
Partner
rparikh@pemlawfirm.com
(D)  +1 973.577.6176
(M)  +1 973.818.5130

April 11, 2024

**VIA ECOURTS**

The Honorable John D. O'Dwyer, P.J.Cv.
Bergen County Justice Center
10 Main Street, Floor 3
Hackensack, NJ 07601

The Honorable Lourdes Lucas, J.S.C.
Monmouth County Courthouse
71 Monument Park, PO Box 1266, 2nd Floor
Freehold, NJ 07728

The Honorable Douglas H. Hurd, P.J.Cv.
Mercer County Civil Courthouse
175 South Broad Street, Floor 3
Trenton, NJ 08650

The Honorable Joseph L. Rea, J.S.C.
Middlesex County Courthouse
56 Paterson Street, PO Box 964, 4th Floor
New Brunswick, NJ 08903

The Honorable Marcy M. McMann, J.S.C.
Records and Administration Building
Court Street, 4th Floor
Morristown, NJ 07963

  Re: **Atlas Data Privacy Corporation, et al. v. Enformion, LLC, et al.,**
    **Docket No.: BER-L-767-24**
    **Atlas Data Privacy Corporation, et al. v. PIPL, Inc. et al.,**
    **Docket No.: MON-L-481-24**
    **Atlas Data Privacy Corporation, et al. v. Whitepages, Inc., et al.,**
    **Docket No.: MER-L-270-24**
    **Atlas Data Privacy Corporation, et al. v. NJ Property Records, LLC, et al.,**
    **Docket No.: MID-L-811-24**
    **Atlas Data Privacy Corporation, et al. v. Melissa Data Corp., et al.,**
    **Docket No.: MRS-L-224-24**

Dear Judge:

  We write on behalf of the Plaintiffs in the Daniel's Law litigations referenced above and in the notices of motion previously filed with the court on March 19, 2024. Plaintiffs' motions to consolidate all Daniel's Law actions filed by Plaintiffs on March 12, 2024 in Bergen County, Monmouth County, Mercer County, Middlesex County, and Morris County are currently returnable on April 12, 2024 (the "Motions").  We seek to adjourn these motions one cycle.

Since filing the Motions, approximately sixty (60) Defendants across all five (5) counties have removed their matters to Federal Court. While the 30-day deadline for removal for the remaining Defendants has either expired or is rapidly approaching, there remain a handful of matters in which service continues to be attempted. See 28 U.S.C. § 1446. Counsel for several of the Defendants requested an adjournment of the pending motions to consolidate due to the notice of removal filings.

With the perspective of trying to align the motions to consolidate properly with a more complete picture of which matters remain pending in State Court, and to accommodate requests from some defense counsel, we respectfully submit that it would be prudent to adjourn the motions one (1) motion cycle.

As such, Plaintiffs respectfully request an adjournment of the motions from April 12, 2024 to April 26, 2024.

Thank you for your time and attention to these matters.

Respectfully submitted,

**PEM LAW LLP**

*/s/ Rajiv D. Parikh*
Rajiv D. Parikh