# Exhibit E

Rajiv D. Parikh, Esq. (032462005)
**PEM LAW LLP**
One Boland Drive
Suite 101
West Orange, New Jersey 07052
rparikh@pemlawfirm.com
(973) 577-5500

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SPY DIALER, INC., et al.,<br><br>　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br><br>DOCKET NO.: MRS-L-000259-24<br><br>CIVIL ACTION<br><br>**SUBSTITUTION OF ATTORNEY** |

　　　　The undersigned hereby consents to the substitution of the law firm Rajiv D. Parikh, Esq. of PEM Law LLP, in place of Genova Burns, LLC as counsel for Plaintiffs in the above-captioned matter.

**GENOVA BURNS LLC**　　　　　　　　　**PEM LAW LLP**

　*s/ James M. Burns*　　　　　　　　　　　*s/ Rajiv D. Parikh*
James M. Burns, Esq.　　　　　　　　　Rajiv D. Parikh, Esq.
Withdrawing Attorneys　　　　　　　　Superseding Attorneys
Genova Burns LLC　　　　　　　　　　PEM Law LLP


Dated: April 15, 2024　　　　　　　　　Dated: April 15, 2024