# Exhibit F

```
MORRIS COUNTY SUPERIOR COURT
PO BOX 910
MORRISTOWN        NJ 07963
```

                                DISMISSAL NOTICE

**TELEPHONE - (862) 397-5700 EXT. 75351,AMANDA KURDYLA          TEAM 001**
**COURT HOURS:  8:30 AM - 4:30 PM**

                    **DATE: JUNE 21, 2024**
                      **RE: ATLAS DATA PRIVACY C ORPORATIO  VS SPY DIALER, IN**
                 **DOCKET: MRS L -000259 24**
                  **PARTY:    SPY DIALER, INC.**


     PLEASE TAKE NOTICE THAT ON AUGUST 20, 2024    (60 DAYS FROM DATE OF
THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
REQUIRED UNDER THE ABOVE RULES IS TAKEN.


 **HON NOAH FRANZBLAU**                                        ATT: RAJIV D. PARIKH
_____                            PEM LAW LLP
          **JUDGE**                                            1 BOLAND DR
                                                               SUITE 101
                                                               WEST ORANGE     NJ 07052