# Exhibit G

-

**MORRIS COUNTY SUPERIOR COURT**
**PO BOX 910**
**MORRISTOWN          NJ 07963**


**TELEPHONE - (862) 397-5700 EXT. 75351,AMANDA KURDYLA          TEAM 001**
**COURT HOURS:  8:30 AM - 4:30 PM                              DATE AUGUST 23, 2024**

**DOCKET NO. MRS L -000259 24**
**NAME: ATLAS DATA PRIVACY C ORPORATIO   VS SPY DIALER, IN**

          **IT IS HEREBY ORDERED THAT UNDER RULES 1:13-7 OR 4:43-2, THE ABOVE MATTER HAS BEEN DISMISSED WITHOUT PREJUDICE FOR LACK OF PROSECUTION. THIS ORDER CLOSES FILE. JUDGMENTS PREVIOUSLY ENTERED IN THIS CASE ARE NOT AFFECTED BY THIS ORDER.**

          **A FORMAL NOTICE OF MOTION IS NOW REQUIRED TO RESTORE THIS CASE TO ACTIVE TRIAL STATUS.**


  **HON NOAH FRANZBLAU**                                        **ATT: RAJIV D. PARIKH**
_____                              **PEM LAW LLP**
          **JUDGE**                                             **1 BOLAND DR**
                                                                **SUITE 101**
                                                                **WEST ORANGE          NJ 07052**