# Exhibit H

**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
Thomas R. Kraft, Esq. (384852022)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: rparikh@pemlawfirm.com
        jmerejo@pemlawfirm.com
        tkraft@pemlawfirm.com

**MORGAN & MORGAN**
John A. Yanchunis, Esq. (*pro hac vice* to be filed)
Ross F. Berlin, Esq. (*pro hac vice* to be filed)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Email: jyanchunis@forthepeople.com
        ross.berlin@forthepeople.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY,<br><br>Plaintiffs,<br><br>v.<br><br>SPY DIALER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br>DOCKET NO.: MRS-L-259-24<br><br>**CIVIL ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION TO REINSTATE THE COMPLAINT** |

**TO:**  Spy Dialer, Inc.
c/o Robert Scott
32605 Temecula Pkwy, Suite 101
Temecula, CA 92592

**PLEASE TAKE NOTICE** that on December 20, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, PEM Law LLP and Morgan & Morgan, attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1, a law enforcement officer, Jane Doe-2, a law enforcement officer, Edwin Maldonado, Scott Maloney,

and Justyna Maloney (hereinafter and collectively, the "Plaintiffs"), shall move before the Superior Court of New Jersey, Law Division, Morris County for the entry of an Order requesting therein to reinstate the Complaint pursuant to R. 1:13-7(a).

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs shall rely upon the accompanying Letter Brief, Certification of Rajiv D. Parikh, Esq., and all exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to R. 1:6-2(e), oral argument is not requested unless opposition is timely filed in response to this Motion.

                                          **PEM LAW LLP**
                                          *Attorneys for Plaintiffs*

**By:**    */s/Rajiv D. Parikh*
           **Rajiv D. Parikh**

Dated: November 27, 2024

| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh, Esq. (032462005)<br>Jessica A. Merejo, Esq. (288592020)<br>Thomas R. Kraft, Esq. (384852022)<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Tel.: (973) 577-5500<br>Email: rparikh@pemlawfirm.com<br>          jmerejo@pemlawfirm.com<br>          tkraft@pemlawfirm.com<br><br>*Attorneys for Plaintiffs* | **MORGAN & MORGAN**<br>John A. Yanchunis, Esq. (*pro hac vice* to be filed)<br>Ross F. Berlin, Esq. (*pro hac vice* to be filed)<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel.: (813) 223-5505<br>Email: jyanchunis@forthepeople.com<br>          ross.berlin@forthepeople.com |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>SPY DIALER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br>DOCKET NO.: MRS-L-259-24<br><br>**CIVIL ACTION**<br><br>**ORDER** |

**THIS MATTER**, having been brought before the Court on the application of PEM Law LLP and Morgan & Morgan, attorneys for Plaintiffs, for an Order to reinstate the Complaint pursuant to R. 1:13-7(a); and the Court having considered Plaintiffs' submissions in support of this Motion, and good cause having been shown;

**IT IS** on this ___ day of December 2024, hereby **ORDERED** that:

1. Plaintiffs have established good cause for reinstatement of the Complaint to the active trial calendar pursuant to R. 1:13-7(a).

2. The Clerk of the Court is directed to reinstate the Complaint against all Defendants.

_____
**HON. NOAH FRANZBLAU, J.S.C.**

Date: _____

[ ] Opposed

[ ] Unopposed

| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh, Esq. (032462005)<br>Jessica A. Merejo, Esq. (288592020)<br>Thomas R. Kraft, Esq. (384852022)<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Tel.: (973) 577-5500<br>Email: rparikh@pemlawfirm.com<br>         jmerejo@pemlawfirm.com<br>         tkraft@pemlawfirm.com | **MORGAN & MORGAN**<br>John A. Yanchunis, Esq. (*pro hac vice* to be filed)<br>Ross F. Berlin, Esq. (*pro hac vice* to be filed)<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel.: (813) 223-5505<br>Email: jyanchunis@forthepeople.com<br>         ross.berlin@forthepeople.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY,<br><br>Plaintiffs,<br><br>v.<br><br>SPY DIALER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br>DOCKET NO.: MRS-L-259-24<br><br>**CIVIL ACTION**<br><br>**CERTIFICATION OF RAJIV D. PARIKH, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION** |

I, Rajiv D. Parikh, Esq., of full age, hereby certify and attest as follows:

1. I am an attorney duly licensed to practice law in the State of New Jersey and a Partner with PEM Law LLP, co-counsel for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1, a law enforcement officer, Jane Doe-2, a law enforcement officer, Edwin Maldonado, Scott Maloney, and Justyna Maloney (hereinafter and collectively, the "Plaintiffs").

1

2. I have personal knowledge of the facts set forth herein and submit this certification in support of Plaintiffs' Motion to reinstate the Complaint pursuant to R. 1:13-7(a).

3. On February 8, 2024, Plaintiffs filed a Complaint against the above-captioned Defendants.

4. The undersigned filed the Complaint, as local counsel on behalf of Plaintiffs, while employed by the law firm Genova Burns LLC.

5. I left my employment at Genova Burns LLC on March 22, 2024.

6. On April 19, 2024, the undersigned filed a substitution of attorney to reflect that this matter was transferred from Genova Burns LLC to PEM Law LLP. See Tr. I.D. LCV20241009877.

7. The undersigned, together with Plaintiffs' co-counsel Morgan & Morgan, has diligently attempted to locate Defendant to effectuate proper service of process pursuant to the Rules of Court.

8. On June 22, 2024, a lack of prosecution dismissal warning was issued to all counsel of record. See Tr. I.D. LCV20241573708.

9. On August 26, 2024, an Order dismissing the Complaint for lack of prosecution was automatically entered on the docket. See Tr. I.D. LCV20242080507.

10. Plaintiffs, through the undersigned counsel and co-counsel Morgan & Morgan, have vigorously pursued this matter since the filing of the Complaint as reflected by their continuing efforts to effectuate service.

11. However, this matter was administratively dismissed for lack of prosecution and indeed before Plaintiffs were able to attempt service of process upon Defendant.

12. Accordingly, Plaintiffs successfully effectuated service upon Defendant pursuant to an Affidavit of Service dated November 12, 2024.

13. A true and accurate copy of the November 12, 2024 Affidavit of Service is annexed hereto as "**Exhibit A**".

14. Plaintiffs submit that there is good cause to reinstate the Complaint to the active trial calendar, pursuant to R. 1:13-7(a) as they have cured the error which caused the foregoing dismissal for lack of prosecution.

15. For the reasons set forth herein, Plaintiffs respectfully request that this Court reinstate the Complaint pursuant to R. 1:13-7(a).

I certify that the above statements are true to the best of my knowledge and ability or based on sworn statements previously submitted to the Court. I understand that if the above statements are willfully false, I am subject to punishment.

                                  **PEM LAW LLP**
                                  *Attorneys for Plaintiffs*

      **By:**    */s/Rajiv D. Parikh*
                    **Rajiv D. Parikh**

Dated: November 27, 2024

3

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| Rajiv D. Parikh \| John J. Boulton \| SBN: 032462005 \| 24174201<br>PEM Law LLP<br>1 Boland Drive, Suite 101   WEST ORANGE, NJ 07502 | | |
| TELEPHONE NO.: \| FAX NO. \| E-MAIL ADDRESS *(Optional):* rparikh@pemlawfirm.com | | |
| ATTORNEY FOR *(Name):* Plaintiff: | | |
| **SUPERIOR COURT OF NEW JERSEY CIVIL DIVISION, MORRIS COUNTY** | | |
| STREET ADDRESS: | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: , NJ | | Hearing Date:     Room: |
| BRANCH NAME: | | Hearing Time:    Dept: |
| PLAINTIFF:   ATLAS DATA PRIVACY CORPORATION, AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED PERSONS; ET. AL. | | CASE NUMBER: |
| DEFENDANT:   SPY DIALER, INC.; ET. AL. | | MRS-L-000259-24 |
| **PROOF OF SERVICE** | | Ref. No. or File No.:<br>**7000528** |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**COVER LETTER; SUMMONS; PLAINTIFFS' FIRST REQUEST TO DEFENDANT FOR PRODUCTION OF DOCUMENTS; REQUESTS FOR PRODUCTION OF DOCUMENTS; CERTIFICATION; PLAINTIFFS' FIRST SET OF INTERROGATORIES; INTERROGATORIES; CIVIL CASE INFORMATION STATEMENT; COMPLAINT;**

| | |
|---|---|
| PARTY SERVED: | **SPY DIALER, INC.** |
| PERSON SERVED: | **ROBERT SCOTT - AGENT FOR SERVICE** |
| BY LEAVING WITH: | **DEBORAH ' DOE ' DID NOT STATE LAST NAME - FRONT OFFICE CLERK** |
| DATE & TIME OF DELIVERY: | **11/12/2024**<br>**10:26 AM** |
| ADDRESS, CITY, AND STATE: | **32605 Temecula Pkwy Ste 101**<br>**Temecula, CA 92592** |
| PHYSICAL DESCRIPTION: | **Age: 63    Weight: 185    Hair: BROWN**<br>**Sex: Female   Height: 5'8    Race: CAUCASIAN** |

MANNER OF SERVICE:
**Substituted Service - By leaving the copies with or in the presence of DEBORAH ' DOE ' DID NOT STATE LAST NAME a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers.**
**A declaration of mailing is attached.**

Fee for Service:
  County:  Riverside
  Registration No.:  PS-001800
 County:  Riverside
  VERITEXT
  633 EAST COLONIAL DRIVE
  ORLANDO, FL 32803
  (800) 275-7991
  Ref: 7000528

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  November 12, 2024.

Signature: _____
                CHRISTOPHER SMITH

**PROOF OF SERVICE**

Order#: 235427/General

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Rajiv D. Parikh \| John J. Boulton, SBN: 032462005 \| 24174201<br>PEM Law LLP<br>1 Boland Drive, Suite 101<br>WEST ORANGE, NJ 07502<br>TELEPHONE No.:<br>Attorney for: Plaintiff | E-MAIL ADDRESS (Optional): rparikh@pemlawfirm.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
| | Ref No. or File No.:<br>7000528 | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF NEW JERSEY CIVIL DIVISION, MORRIS COUNTY - | | |
| Plaintiff: ATLAS DATA PRIVACY CORPORATION, AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED PERSONS; ET. AL.<br>Defendant: SPY DIALER, INC.; ET. AL. | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>MRS-L-000259-24 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the COVER LETTER; SUMMONS; PLAINTIFFS' FIRST REQUEST TO DEFENDANT FOR PRODUCTION OF DOCUMENTS; REQUESTS FOR PRODUCTION OF DOCUMENTS; CERTIFICATION; PLAINTIFFS' FIRST SET OF INTERROGATORIES; INTERROGATORIES; CIVIL CASE INFORMATION STATEMENT; COMPLAINT;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER ,CA, California, addressed as follows:

   a. Date of Mailing: 11/12/2024
   b. Place of Mailing: WESTMINSTER ,CA,
   c. Addressed as follows: SPY DIALER, INC.
      32605 Temecula Pkwy Ste 101
      Temecula, CA 92592-6838

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER ,CA, California in the ordinary course of business.

Fee for Service:
```
VERITEXT
633 EAST COLONIAL DRIVE
ORLANDO, FL 32803
(800) 275-7991
Ref: 7000528
```



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 11/12/2024.

Signature: _____
JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 235427/mailproof



**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:*  +1 973.577.5500
*Direct:*  +1 973.585.5330

November 27, 2024

<u>**VIA eCourts**</u>
Hon. Noah Franzblau, J.S.C.
Superior Court of New Jersey, Law Division
Morris County Courthouse
Washington & Court Streets, 4th Floor
Morristown, NJ 07960

   Re: <u>*Atlas Data Privacy Corporation, et al. v. Spy Dialer, Inc., et al.*,</u>
     <u>Docket No.: MRS-L-259-24</u>

Dear Judge Franzblau:

  We represent Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1, a law enforcement officer, Jane Doe-2, a law enforcement officer, Edwin Maldonado, Scott Maloney, and Justyna Maloney (hereinafter and collectively, the "Plaintiffs"), together with co-counsel Morgan & Morgan. Plaintiffs respectfully submit this letter brief, in lieu of a more formal brief, in support of Plaintiffs' Motion to reinstate the Complaint.

  As set forth below, Plaintiffs contend that good cause exists to reinstate the Complaint pursuant to <u>R.</u> 1:13-7(a). Accordingly, Plaintiffs respectfully submit that the Motion should be granted.

## **LEGAL ARGUMENT**

### I. THE COMPLAINT MUST BE REINSTATED PURSUANT TO <u>R.</u> 1:13-7(a)

  As set forth below, good cause exists for reinstatement of the Complaint pursuant to <u>R.</u> 1:13-7(a). The Complaint was filed on February 8, 2024. Thereafter, Plaintiffs engaged in multiple attempts to identify and locate Defendant. These efforts were unsuccessful. Thereafter this matter was administratively dismissed for lack of prosecution on August 26, 2024. As set forth below, the foregoing dismissal was the result of a variety of factors and not due to any acts or omissions by Plaintiffs themselves. Accordingly, reinstatement of the Complaint is appropriate for good cause shown and as required by <u>R.</u> 1:13-7(a).

  Pursuant to <u>R.</u> 1:13-7(a), a motion for reinstatement shall be granted on good cause shown. Application of the good cause standard "requires the exercise of sound discretion in light of the facts and circumstances of the particular case considered in the context of the purposes of the Court Rule being applied". <u>See</u> <u>Ghandi v. Cespedes</u>, 390 N.J. Super. 193, 197-98 (App. Div.

Hon. Noah Franzblau, J.S.C.
November 27, 2024
Page 2 of 2



2007)(quoting <u>Delaware Valley Wholesale Florist, Inc. v. Addalia</u>, 349 N.J. Super. 228, 232 (App. Div. 2002)). Reinstatement is "ordinarily routinely and freely granted when plaintiff has cured the problem that led to the dismissal even if the application is made many months later". <u>Id.</u> Likewise, "absent a finding of fault by the plaintiff and prejudice to the defendant, a motion to restore under the rule should be viewed with great liberality". <u>Id.</u>

  There is good cause here, to reinstate the Complaint against Defendant because the dismissal was only a result of an inadvertent delay in effectuating service of process upon Defendant, in light of the necessary efforts to identify and locate Defendant, and not due to any fault of Plaintiffs. Notwithstanding this minor error, Plaintiffs successfully served the Summons and Complaint upon Defendants on November 12, 2024. <u>See</u> Certification of Rajiv D. Parikh, Esq. at Exhibit A. Thus, Plaintiffs have cured the error which caused this matter to be administratively dismissed for lack of prosecution. Based upon the foregoing, Plaintiffs respectfully request that this matter be reinstated to the active trial calendar pursuant to <u>R.</u> 1:13-7(a).

## **CONCLUSION**

  Based upon the foregoing, Plaintiffs respectfully request that this Court grant the within Motion and enter an Order to reinstate the Complaint pursuant to <u>R.</u> 1:13-7.

         Respectfully Submitted,

         **PEM LAW LLP**
         *Attorneys for Plaintiffs*

**By:**  <u>/s/Rajiv D. Parikh</u>
    **Rajiv D. Parikh**

**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
Thomas R. Kraft, Esq. (384852022)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: rparikh@pemlawfirm.com
   jmerejo@pemlawfirm.com
   tkraft@pemlawfirm.com

*Attorneys for Plaintiffs*

**MORGAN & MORGAN**
John A. Yanchunis, Esq. (*pro hac vice* to be filed)
Ross F. Berlin, Esq. (*pro hac vice* to be filed)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Email: jyanchunis@forthepeople.com
   ross.berlin@forthepeople.com

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY,<br><br>Plaintiffs,<br><br>v.<br><br>SPY DIALER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br>DOCKET NO.: MRS-L-259-24<br><br>**CIVIL ACTION**<br><br>**CERTIFICATION OF SERVICE** |

I, Rajiv D. Parikh, Esq., hereby certify and attest that on this date, my office caused an original of the following documents to be filed via eCourts with the Clerk, Law Division, Superior Court of New Jersey, Morris County:

1. Plaintiffs' Motion to reinstate the Complaint pursuant to R. 1:13-7(a);
2. Letter Brief;
3. the Certification of Rajiv D. Parikh, Esq., with exhibits; and
4. Proposed Order.

1

I further certify that on this date, my office caused copies of the within documents to be served upon:

>Spy Dialer, Inc.
>c/o Robert Scott
>32605 Temecula Pkwy, Suite 101
>Temecula, CA 92592

The foregoing statements are true and correct to the best of my knowledge. I am aware that if the foregoing statements made by me are intentionally false, I am subject to punishment.

>**PEM LAW LLP**
>*Attorneys for Plaintiffs*

**By:**   */s/Rajiv D. Parikh*
      **Rajiv D. Parikh**

Dated: November 27, 2024