# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SPY DIALER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　　Defendants. | DOCKET NO. 1:24-cv-11023<br><br>CIVIL ACTION<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, SPY DIALER, INC., PURSUANT TO FED. R. CIV. P. 7.1** |

　　　Pursuant to the United States District Court for the District of New Jersey Office of the Clerk's direction, as well as to Fed. R. Civ. P. 7.1(a)(2), defendant Spy Dialer, Inc. states that it is a corporation incorporated in the State of California with a principal place of business in the State of California.

　　　In addition, pursuant to Fed. R. Civ. P. 7.1(a)(1), defendant Spy Dialer, Inc. states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

          Respectfully submitted,
          **KAUFMAN DOLOWICH LLP**
          *Attorneys for Defendant, Spy Dialer, Inc.*

          By:   */s/ Timothy M. Ortolani*
                 CHRISTOPHER NUCIFORA, ESQ.
                 TIMOTHY M. ORTOLANI, ESQ.
                 Court Plaza North
                 25 Main Street, Suite 500
                 Hackensack, New Jersey 07601
                 Tel:   (201) 708-8207
                 Fax:  (201) 488-6652
                 cnucifora@kaufmandolowich.com
                 tortolani@kaufmandolowich.com

Dated: December 11, 2024
       Hackensack, New Jersey

## CERTIFICATION OF SERVICE

I hereby certify that on December 11, 2024, a true and correct copy of the foregoing was served upon the following:

by CM/ECF:

    Clerk, United States District Court
    District of New Jersey
    Martin Luther King Building & U.S. Courthouse
    50 Walnut Street Room 4015
    Newark, New Jersey  07101

By CM/ECF, regular mail, and email:

    Rajiv D. Parikh, Esq.
    John J. Boulton, Esq.
    Jessica A. Merejo, Esq.
    PEM Law LLP
    1 Boland Drive, Suite 101
    West Orange, New Jersey 07052
    *Attorneys for Plaintiff*

    John A. Yanchunis, Esq.
    Ryan J. McGee, Esq.
    Morgan & Morgan
    201 North Franklin Street, 7th Floor
    Tampa, Florida 33602
    *Attorneys for Plaintiff*

Dated:  December 11, 2024

_____
TIMOTHY M. ORTOLANI