IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SPY DIALER, INC. et al. | : | NO. 24-11023 |

ORDER

AND NOW, this 17th day of December 2024, after a telephonic conference with counsel, it is hereby ORDERED that:

(1) Defendants shall promptly file any motion to dismiss on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1, is unconstitutional on its face;

(2) Defendants may rely on the legal arguments previously raised in related cases; and

(3) Defendants are not deemed by filing such motion to have waived any other ground for dismissal of the Complaint, including but not limited to a challenge to the constitutionality of Daniel's Law as applied, personal jurisdiction, venue, and arbitrability.

BY THE COURT:

/s/ Harvey Bartle III
                          J.