IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SPY DIALER, INC. et al. | : | NO. 24-11023 |

<u>ORDER</u>

AND NOW, this 3rd day of January, 2025, it is hereby ORDERED that:

(1) for the reasons previously stated in the court's Memorandum dated November 26, 2024 in <u>Atlas Data Privacy Corp. v. We Inform, LLC</u>, Civ. A. No. 24-4037, 2024 WL 4906924 (D.N.J. Nov. 26, 2024), the motion of defendant Spy Dialer, Inc. to dismiss this action under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED; and

(2) pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that this Order involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation.

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
　　　　　　　　　　　　J.