```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
       v.                       :
                                :
SPY DIALER, INC. et al.         :        NO. 24-11023
```

ORDER

AND NOW, this 3rd day of January, 2025, it is hereby ORDERED that this action is stayed pending further order of the court.

BY THE COURT:

/s/ Harvey Bartle III
                          J.