# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601-7086

**Christopher Nucifora, Esq.**
**Managing Partner**
**Direct: (201) 708-8207**
**Email: cnucifora@kaufmandolowich.com**

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kaufmandolowich.com

March 18, 2025

**VIA ECF/PACER**
The Honorable Harvey Bartle III, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

>   Re:   *Atlas Data Privacy Corp., et al. v. Spy Dialer, Inc.*
>         **Civil Action No. 1:24-cv-11023 (HB)**

Dear Judge Bartle:

    We represent Defendant, Spy Dialer, Inc., in this matter. Pursuant to the Court's January 22, 2025 order, please note that Spy Dialer, Inc. joins in and adopts in full, without modification, the arguments contained within the memorandum of law in support of Defendants' consolidated motion to dismiss Plaintiffs' Complaints, pursuant to Fed. R. Civ. P. 12(b)(6), filed on the *Atlas Data Privacy Corp., et al. v. DM Group, Inc., et al.* docket (Civil Action No. 1:24-cv-4075). We are a signatory to the joint brief filed on that docket (ECF no. 59), but wished to submit the within letter on this docket for purposes of the record.

    As always, we thank the Court for its kind attention to this matter.

>   Respectfully submitted,
>   **Kaufman Dolowich LLP**
>
>   By:   */s/ Christopher Nucifora*
>         Christopher Nucifora, Esq.

Cc:   All counsel of record (via ECF/PACER)