| | |
|---|---|
| **PEM LAW LLP** <br> Rajiv D. Parikh (032462005) <br> Kathleen Barnett Einhorn (040161992) <br> Jessica A. Merejo (288592020) <br> 1 Boland Drive, Suite 101 <br> West Orange, NJ 07052 <br> Tel.: (973) 577-5500 <br> rparikh@pemlawfirm.com <br> keinhorn@pemlawfirm.com <br> jmerejo@pemlawfirm.com <br><br> *Attorneys for Plaintiffs* <br> *Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1 and Jane Doe-2, both law enforcement officers, as well as Edwin Maldonado, Scott Maloney and Justyna Maloney* | **FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP** <br> Rahul Agarwal (365832024) <br> Sofia Syed (*pro hac vice* to be filed) <br> 1 Gateway Center <br> Newark, NJ 07102-5311 <br> Tel.: (973) 877-6400 <br> ragarwal@fklaw.com <br> ssyed@fklaw.com <br><br> **MORGAN & MORGAN** <br> John A. Yanchunis (*pro hac vice* to be filed) <br> Ryan J. McGee (*pro hac vice* to be filed) <br> 201 N. Franklin Street, 7th Floor <br> Tampa, FL 33602 <br> Tel.: (813) 223-5505 <br> jyanchunis@forthepeople.com <br> rmcgee@forthepeople.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY, <br><br> Plaintiffs, <br><br> v. <br><br> SPY DIALER, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Action No.: 1:24-cv-11023-HB <br><br> <u>**CIVIL ACTION**</u> <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as

assignee of individuals who are Covered Persons, Jane Doe-1 and Jane Doe-2, both law enforcement officers, as well as Edwin Maldonado, Scott Maloney and Justyna Maloney in the above-captioned action.

                                    **PEM LAW LLP**
                                    *Attorneys for Plaintiffs*

                            By: */s/ Jessica A. Merejo*
                                  JESSICA A. MEREJO

Dated: April 9, 2025