# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY,<br><br>Plaintiffs,<br><br>v.<br><br>SPY DIALER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | DOCKET NO. 1:24-cv-11023<br><br>CIVIL ACTION<br><br>**DECLARATION OF TIMOTHY M. ORTOLANI, ESQ.** |

I, Timothy M. Ortolani, Esq., of full age, hereby declare as follows:

1. I am an attorney at law of the State of New Jersey, a member of the bar of this Court, and an Associate with the law firm of Kaufman Dolowich, attorneys for Defendant, Spy Dialer, Inc. ("Spy Dialer"), in this matter.

2. I, along with my colleague, Christopher Nucifora, Esq., am responsible for the handling of this matter.

3. I make this Declaration on personal knowledge in support of Spy Dialer's opposition to Plaintiffs' motion to compel additional discovery from Spy

1

Dialer in connection with its presently-pending motion to dismiss for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2).

4. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiffs' June 4, 2025 correspondence that is referenced in Spy Dialer's opposition.

5. On June 6, 2025, Plaintiffs, in an email sent to a large group of attorneys for all Defendants involved in the 12(b)(2) motions, offered one of two windows on Monday, June 9, 2025, to meet and confer regarding Plaintiffs' letter of two days prior.

6. Later that same day, the undersigned responded confirming availability for one of the windows offered, between 2:00 p.m. and 4:00 p.m. Attached as **Exhibit B** is a true and accurate copy of the relevant email response.

7. Notwithstanding the same, the undersigned was never sent an invitation to the group wide call and neither the undersigned nor Christopher Nucifora of my same law firm was ever contacted about an individual meet and confer, which was not held.

8. Attached as **Exhibit C** is a true and accurate copy of Plaintiffs' Complaint in this matter.

9. I declare under penalty of perjury that the foregoing is true and correct.

                              **Kaufman Dolowich LLP**
                              *Attorneys for Defendant, Spy Dialer, Inc.*

By:    */s/ Timothy M. Ortolani*
           Timothy M. Ortolani, Esq.
           Court Plaza North
           25 Main Street, Suite 500
           Hackensack, New Jersey 07601
           Tel: (201) 708-8244
           Fax: (201) 488-6652
           tortolani@kaufmandolowich.com