# Exhibit B

# Timothy Ortolani

| | |
|---|---|
| From: | Timothy Ortolani |
| Sent: | Friday, June 6, 2025 7:11 PM |
| To: | Betpera, Artin; Aaron.VanNostrand@gtlaw.com; rparikh@pemlawfirm.com; RSzyba@seyfarth.com |
| Cc: | ashaw@bsfllp.com; mfruci@pemlawfirm.com; rmcgee@forthepeople.com; epalmer@bsfllp.com; jmerejo@pemlawfirm.com; sparrish@bsfllp.com; stephen.orlofsky@blankrome.com; thomas.ciliano@blankrome.com; philip.yanella@blankrome.com; gregory.bailey@blankrome.com; rcosgrove@wcmlaw.com; bnoel@wcmlaw.com; kreich@gibbonslaw.com; falworth@gibbonslaw.com; sellingerd@gtlaw.com; PDevata@seyfarth.com; mscharf@seyfarth.com; rdavison@starrgern.com; rwelch@starrgern.com; jake@zwillgen.com; kelsey@zwillgen.com; momullan@riker.com; cwischusen@grsm.com; bevans@grsm.com; jeb@km-llp.com; Christopher Nucifora; tkraft@pemlawfirm.com; omarouf@riker.com; sudhir.rao@zwillgen.com; thomas.cialino@blankrome.com; skanik@grsm.com; philip.yannella@blankrome.com |
| Subject: | RE: In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency |

We can do between 2-4 on Monday. Thanks and have a nice weekend.

**Timothy Ortolani**
*Attorney at Law*

# KAUFMAN DOLOWICH

Court Plaza North, 25 Main Street, Suite 500
Hackensack, NJ 07601

Direct:   201-708-8244
Cell:     201-637-7878
Email:    tortolani@kaufmandolowich.com



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.
Please consider the environment before printing.

**From:** Betpera, Artin <abetpera@buchalter.com>
**Sent:** Friday, June 6, 2025 4:53 PM
**To:** Aaron.VanNostrand@gtlaw.com; rparikh@pemlawfirm.com; RSzyba@seyfarth.com
**Cc:** ashaw@bsfllp.com; mfruci@pemlawfirm.com; rmcgee@forthepeople.com; epalmer@bsfllp.com; jmerejo@pemlawfirm.com; sparrish@bsfllp.com; stephen.orlofsky@blankrome.com; thomas.ciliano@blankrome.com;

1

philip.yanella@blankrome.com; gregory.bailey@blankrome.com; rcosgrove@wcmlaw.com; bnoel@wcmlaw.com; kreich@gibbonslaw.com; falworth@gibbonslaw.com; sellingerd@gtlaw.com; PDevata@seyfarth.com; mscharf@seyfarth.com; rdavison@starrgern.com; rwelch@starrgern.com; jake@zwillgen.com; kelsey@zwillgen.com; momullan@riker.com; cwischusen@grsm.com; bevans@grsm.com; jeb@km-llp.com; Christopher Nucifora <CNucifora@kaufmandolowich.com>; Timothy Ortolani <tortolani@kaufmandolowich.com>; tkraft@pemlawfirm.com; omarouf@riker.com; sudhir.rao@zwillgen.com; thomas.cialino@blankrome.com; skanik@grsm.com; philip.yannella@blankrome.com
**Subject:** RE: In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency

[EXTERNAL SENDER]
**This Message originated outside your organization.**

For Defendant PeopleWhiz, we are available 2pm-4pm EST on Monday. Thanks.

# Buchalter

**Artin Betpera**
Shareholder
**T** (949) 224-6422
abetpera@buchalter.com

18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
www.buchalter.com

---

**From:** Aaron.VanNostrand@gtlaw.com <Aaron.VanNostrand@gtlaw.com>
**Sent:** Friday, June 6, 2025 1:46 PM
**To:** rparikh@pemlawfirm.com; RSzyba@seyfarth.com
**Cc:** ashaw@bsfllp.com; mfruci@pemlawfirm.com; rmcgee@forthepeople.com; epalmer@bsfllp.com; jmerejo@pemlawfirm.com; sparrish@bsfllp.com; stephen.orlofsky@blankrome.com; thomas.ciliano@blankrome.com; philip.yanella@blankrome.com; gregory.bailey@blankrome.com; rcosgrove@wcmlaw.com; bnoel@wcmlaw.com; kreich@gibbonslaw.com; falworth@gibbonslaw.com; sellingerd@gtlaw.com; PDevata@seyfarth.com; mscharf@seyfarth.com; rdavison@starrgern.com; rwelch@starrgern.com; jake@zwillgen.com; kelsey@zwillgen.com; momullan@riker.com; cwischusen@grsm.com; bevans@grsm.com; jeb@km-llp.com; Betpera, Artin <abetpera@buchalter.com>; cnucifora@kaufmandolowich.com; tortolani@kaufmandolowich.com; tkraft@pemlawfirm.com; omarouf@riker.com; sudhir.rao@zwillgen.com; thomas.cialino@blankrome.com; skanik@grsm.com; philip.yannella@blankrome.com
**Subject:** Re: In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency

> This message has originated from an **External Email**. Aaron.VanNostrand@gtlaw.com <aaron.vannostrand@gtlaw.com>:

Those times work for me. Not sure about everyone else.

---

**From:** Rajiv D. Parikh, Esq. <rparikh@pemlawfirm.com>
**Sent:** Friday, June 6, 2025 4:39:15 PM
**To:** Van Nostrand, Aaron (OfCnl-NJ-LT) <Aaron.VanNostrand@gtlaw.com>; RSzyba@seyfarth.com <RSzyba@seyfarth.com>

**Cc:** ashaw@bsfllp.com <ashaw@bsfllp.com>; Maria R. Fruci, Esq. <mfruci@pemlawfirm.com>; rmcgee@forthepeople.com <rmcgee@forthepeople.com>; epalmer@bsfllp.com <epalmer@bsfllp.com>; Jessica A. Merejo, Esq. <jmerejo@pemlawfirm.com>; sparrish@bsfllp.com <sparrish@bsfllp.com>; stephen.orlofsky@blankrome.com <stephen.orlofsky@blankrome.com>; thomas.ciliano@blankrome.com <thomas.ciliano@blankrome.com>; philip.yanella@blankrome.com <philip.yanella@blankrome.com>; gregory.bailey@blankrome.com <gregory.bailey@blankrome.com>; rcosgrove@wcmlaw.com <rcosgrove@wcmlaw.com>; bnoel@wcmlaw.com <bnoel@wcmlaw.com>; kreich@gibbonslaw.com <kreich@gibbonslaw.com>; falworth@gibbonslaw.com <falworth@gibbonslaw.com>; Sellinger, David E. (Shld-NJ-LT) <sellingerd@gtlaw.com>; PDevata@seyfarth.com <PDevata@seyfarth.com>; mscharf@seyfarth.com <mscharf@seyfarth.com>; rdavison@starrgern.com <rdavison@starrgern.com>; rwelch@starrgern.com <rwelch@starrgern.com>; jake@zwillgen.com <jake@zwillgen.com>; kelsey@zwillgen.com <kelsey@zwillgen.com>; momullan@riker.com <momullan@riker.com>; cwischusen@grsm.com <cwischusen@grsm.com>; bevans@grsm.com <bevans@grsm.com>; jeb@km-llp.com <jeb@km-llp.com>; abetpera@buchalter.com <abetpera@buchalter.com>; cnucifora@kaufmandolowich.com <cnucifora@kaufmandolowich.com>; tortolani@kaufmandolowich.com <tortolani@kaufmandolowich.com>; Thomas R. Kraft, Esq. <tkraft@pemlawfirm.com>; omarouf@riker.com <omarouf@riker.com>; sudhir.rao@zwillgen.com <sudhir.rao@zwillgen.com>; thomas.cialino@blankrome.com <thomas.cialino@blankrome.com>; skanik@grsm.com <skanik@grsm.com>; philip.yannella@blankrome.com <philip.yannella@blankrome.com>
**Subject:** Re: In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency

Hi all:

We can do 11:30-12:30, 2pm-4pm on Monday (eastern). Let us know what works for defendants.

Best,

Raj

---

**From:** Aaron.VanNostrand@gtlaw.com <Aaron.VanNostrand@gtlaw.com>
**Sent:** Friday, June 6, 2025 2:05:51 PM
**To:** RSzyba@seyfarth.com <RSzyba@seyfarth.com>; Rajiv D. Parikh, Esq. <rparikh@pemlawfirm.com>
**Cc:** ashaw@bsfllp.com <ashaw@bsfllp.com>; Maria R. Fruci, Esq. <mfruci@pemlawfirm.com>; rmcgee@forthepeople.com <rmcgee@forthepeople.com>; epalmer@bsfllp.com <epalmer@bsfllp.com>; Jessica A. Merejo, Esq. <jmerejo@pemlawfirm.com>; sparrish@bsfllp.com <sparrish@bsfllp.com>; stephen.orlofsky@blankrome.com <stephen.orlofsky@blankrome.com>; thomas.ciliano@blankrome.com <thomas.ciliano@blankrome.com>; philip.yanella@blankrome.com <philip.yanella@blankrome.com>; gregory.bailey@blankrome.com <gregory.bailey@blankrome.com>; rcosgrove@wcmlaw.com <rcosgrove@wcmlaw.com>; bnoel@wcmlaw.com <bnoel@wcmlaw.com>; kreich@gibbonslaw.com <kreich@gibbonslaw.com>; falworth@gibbonslaw.com <falworth@gibbonslaw.com>; sellingerd@gtlaw.com <sellingerd@gtlaw.com>; PDevata@seyfarth.com <PDevata@seyfarth.com>; mscharf@seyfarth.com <mscharf@seyfarth.com>; rdavison@starrgern.com <rdavison@starrgern.com>; rwelch@starrgern.com <rwelch@starrgern.com>; jake@zwillgen.com <jake@zwillgen.com>; kelsey@zwillgen.com <kelsey@zwillgen.com>; momullan@riker.com <momullan@riker.com>; cwischusen@grsm.com <cwischusen@grsm.com>; bevans@grsm.com <bevans@grsm.com>; jeb@km-llp.com <jeb@km-llp.com>; abetpera@buchalter.com <abetpera@buchalter.com>; cnucifora@kaufmandolowich.com <cnucifora@kaufmandolowich.com>; tortolani@kaufmandolowich.com <tortolani@kaufmandolowich.com>; Thomas R. Kraft, Esq. <tkraft@pemlawfirm.com>; omarouf@riker.com <omarouf@riker.com>; sudhir.rao@zwillgen.com <sudhir.rao@zwillgen.com>; thomas.cialino@blankrome.com <thomas.cialino@blankrome.com>; skanik@grsm.com <skanik@grsm.com>; philip.yannella@blankrome.com <philip.yannella@blankrome.com>
**Subject:** RE: In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency

> **External Email**

Resending this to add a few people left of the original email.

**Aaron Van Nostrand**
Of Counsel

Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677

T  973.443.3557
M 201.213.0161
aaron.vannostrand@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT GreenbergTraurig**

Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Los Angeles. Mexico City*. Miami. New Jersey. New York. Northern Virginia. Orange County. Orlando. Palm Beach County. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. Westchester County.
*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Seoul: Operated by Greenberg Traurig LLP Foreign Legal Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Greenberg Traurig Tokyo Law Offices are operated by GT Tokyo Horitsu Jimusho, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; Warsaw: Operates as Greenberg Traurig Grzesiak SP.K.

---

**From:** Van Nostrand, Aaron (OfCnl-NJ-LT)
**Sent:** Friday, June 6, 2025 2:04 PM
**To:** Szyba, Robert <RSzyba@seyfarth.com>; Rajiv D. Parikh, Esq. <rparikh@pemlawfirm.com>
**Cc:** Adam Shaw <ashaw@bsfllp.com>; Maria R. Fruci, Esq. <mfruci@pemlawfirm.com>; rmcgee@forthepeople.com; Eric Palmer <epalmer@bsfllp.com>; Jessica A. Merejo, Esq. <jmerejo@pemlawfirm.com>; Samantha Parrish <sparrish@bsfllp.com>; stephen.orlofsky@blankrome.com; thomas.ciliano@blankrome.com; philip.yanella@blankrome.com; gregory.bailey@blankrome.com; rcosgrove@wcmlaw.com; bnoel@wcmlaw.com; kreich@gibbonslaw.com; falworth@gibbonslaw.com; Sellinger, David E. (Shld-NJ-LT) <sellingerd@gtlaw.com>; Devata, Pamela <PDevata@seyfarth.com>; Scharf, Max <mscharf@seyfarth.com>; rdavison@starrgern.com; rwelch@starrgern.com; jake@zwillgen.com; kelsey@zwillgen.com; momullan@riker.com; cwischusen@grsm.com; bevans@grsm.com; jeb@km-llp.com; abetpera@buchalter.com; cnucifora@kaufmandolowich.com; tortolani@kaufmandolowich.com; Thomas R. Kraft, Esq. <tkraft@pemlawfirm.com>
**Subject:** RE: In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency

I'm generally available Monday and Tuesday for a call. I'm not available Wednesday.

**Aaron Van Nostrand**
Of Counsel

Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677

T  973.443.3557
M 201.213.0161
aaron.vannostrand@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT GreenbergTraurig**

Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Los Angeles. Mexico City*. Miami. New Jersey. New York. Northern Virginia. Orange County. Orlando. Palm Beach County. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. Westchester County.
*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Seoul: Operated by Greenberg

Traurig LLP Foreign Legal Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Greenberg Traurig Tokyo Law Offices are operated by GT Tokyo Horitsu Jimusho, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; Warsaw: Operates as Greenberg Traurig Grzesiak SP.K.

**From:** Szyba, Robert <RSzyba@seyfarth.com>
**Sent:** Thursday, June 5, 2025 11:50 AM
**To:** Rajiv D. Parikh, Esq. <rparikh@pemlawfirm.com>
**Cc:** Adam Shaw <ashaw@bsfllp.com>; Maria R. Fruci, Esq. <mfruci@pemlawfirm.com>; rmcgee@forthepeople.com; Eric Palmer <epalmer@bsfllp.com>; Jessica A. Merejo, Esq. <jmerejo@pemlawfirm.com>; Samantha Parrish <sparrish@bsfllp.com>; stephen.orlofsky@blankrome.com; thomas.ciliano@blankrome.com; philip.yanella@blankrome.com; gregory.bailey@blankrome.com; rcosgrove@wcmlaw.com; bnoel@wcmlaw.com; kreich@gibbonslaw.com; falworth@gibbonslaw.com; Van Nostrand, Aaron (OfCnl-NJ-LT) <Aaron.VanNostrand@gtlaw.com>; Sellinger, David E. (Shld-NJ-LT) <sellingerd@gtlaw.com>; Devata, Pamela <PDevata@seyfarth.com>; Scharf, Max <mscharf@seyfarth.com>; rdavison@starrgern.com; rwelch@starrgern.com; jake@zwillgen.com; kelsey@zwillgen.com; momullan@riker.com; cwischusen@grsm.com; bevans@grsm.com; jeb@km-llp.com; abetpera@buchalter.com; cnucifora@kaufmandolowich.com; tortolani@kaufmandolowich.com; Thomas R. Kraft, Esq. <tkraft@pemlawfirm.com>
**Subject:** RE: In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency

**\*EXTERNAL TO GT\***

Hi Raj,

We (Seyfarth) are not available tomorrow. We can be available Monday at 11 or 1:30.

Thanks,

Rob

**Robert T. Szyba** | Partner | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-3351 | Fax: +1-917-344-1174
RSzyba@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Rajiv D. Parikh, Esq. <rparikh@pemlawfirm.com>
**Sent:** Wednesday, June 4, 2025 11:39 PM
**To:** stephen.orlofsky@blankrome.com; thomas.ciliano@blankrome.com; philip.yanella@blankrome.com; gregory.bailey@blankrome.com; rcosgrove@wcmlaw.com; bnoel@wcmlaw.com; kreich@gibbonslaw.com; falworth@gibbonslaw.com; aaron.vannostrand@gtlaw.com; sellingerd@gtlaw.com; Szyba, Robert <RSzyba@seyfarth.com>; Devata, Pamela <PDevata@seyfarth.com>; Scharf, Max <mscharf@seyfarth.com>; rdavison@starrgern.com; rwelch@starrgern.com; jake@zwillgen.com; kelsey@zwillgen.com; momullan@riker.com; cwischusen@grsm.com; bevans@grsm.com; jeb@km-llp.com; abetpera@buchalter.com; cnucifora@kaufmandolowich.com; tortolani@kaufmandolowich.com
**Cc:** Adam Shaw <ashaw@bsfllp.com>; Maria R. Fruci, Esq. <mfruci@pemlawfirm.com>; rmcgee@forthepeople.com; Eric Palmer <epalmer@bsfllp.com>; Jessica A. Merejo, Esq. <jmerejo@pemlawfirm.com>; Samantha Parrish <sparrish@bsfllp.com>; Thomas R. Kraft, Esq. <tkraft@pemlawfirm.com>
**Subject:** In Re: Daniel's Law Compliance Litigation - DNJ -- Personal Jurisdiction Discovery Deficiency

Dear Defense Counsel:

Please see the attached deficiency letter regarding your client's responses to personal jurisdiction discovery. Kindly advise of times you are available to discuss these issues this week.

Thanks,

Raj Parikh



**Rajiv D. Parikh, Esq.**
Partner
Email: rparikh@pemlawfirm.com
Phone: 973.585.5330 | Mobile: 973.818.5130
One Boland Drive, Suite 101
West Orange New Jersey 07052
pemlawfirm.com [pemlawfirm.com]

This e-mail, including any attachments, may contain confidential information which is attorney-client privileged, work product, proprietary in nature or otherwise protected by law from disclosure, as well as intended only for the use of the addressee(s) named within it. If you are not the intended recipient of this e-mail, or the person responsible for delivering this to the intended recipient, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this e-mail in error, please immediately reply to the sender and take the steps necessary to delete the message completely from your computer system. Thank you.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.