UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING: September 12, 2025

**JUDGE HARVEY BARTLE III**

COURT REPORTER: FRANCESCA DI BELLA

TITLE OF CASE:     DOCKET NO.: 24-11023 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SPY DIALER, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 11:00a.m.   Time Adjourned: 11:01a.m.   Total Time in Court: 0:01