UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, and JUSTYNA MALONEY,<br><br>Plaintiffs,<br><br>v.<br><br>SPY DIALER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | (Electronically Filed)<br><br>Civil Action No. 1:24-cv-11023 (HB)<br><br>NOTICE OF MOTION TO SEAL PAPERS FILED IN CONNECTION WITH DEFENDANT'S REPLY BRIEF, PURSUANT TO LOCAL CIVIL RULE 5.3(c)<br><br>Return Date: March 16, 2026 |

**PLEASE TAKE NOTICE** that on March 16, 2026, or as soon thereafter as counsel may be heard, Defendant, Spy Dialer, Inc. ("Defendant" or "Spy Dialer"), will appear before the Honorable Harvey Bartle, III, U.S.D.J., at the Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, and will move this Court pursuant to Local Civil Rule 5.3(c), for an Order to seal documents filed in connection with Defendant's reply submission (ECF Docket Entry Nos. 57, 57-2, 57-3, 57-5, and 57-7), submitted in support of its motion to dismiss the Complaint for lack of personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the accompanying Declaration of Timothy M. Ortolani, Esq. and all other papers submitted herewith. A proposed form of Order is also submitted for the Court's consideration.

                                              Respectfully submitted,
                                              **KAUFMAN DOLOWICH LLP**
                                              *Attorneys for Defendant, Spy Dialer, Inc.*

                                              _____
                                              Timothy M. Ortolani, Esq.
                                              25 Main Street, Suite 500
                                              Hackensack, New Jersey 07601
                                              (201) 708-8244
                                              tortolani@kaufmandolowich.com

Dated:  February 16, 2026