

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1973.567.7832

April 7, 2026

**VIA ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   **In Re: Daniel's Law Compliance Litigation**

**Docket Nos.: 24-cv-04098   (Quantarium)**
**24-cv-4609    (Number)**
**24-cv-11023   (Spy Dialer)**
**25-cv-7650    (True Scandinavia)**

Dear Judge Bartle:

We, along with cocounsel in the above-captioned cases, represent Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, and the individual plaintiffs (collectively, "Plaintiffs") in the above-captioned cases.

Plaintiffs filed the same sealed omnibus brief in opposition to the motions to dismiss for lack of personal jurisdiction in each of these four cases.[1] The omnibus opposition was sealed because of a fifth case that was also part of that briefing: Atlas Data Privacy Corp. et al. v. PublicNSA, et al., LLC, et al. (No. 25-cv-5989). Pursuant to a confidentiality order, the defendant in PublicNSA designated portions of the briefing related only to it to be filed under seal, along with portions of the deposition of its corporate representative (**Exhibit C** to the omnibus opposition), and the defendant then filed a motion to seal those portions of the brief and deposition. That motion to seal is attached as Exhibit 1 to this letter, and the Court's recent order granting it is attached as **Exhibit 2**.

//

---

[1] Docket No. 88 in Quantarium Alliance, No. 92 in Nuwber, No. 56 in Spy Dialer, and No. 35 in True Software.

6010567.1

Hon. Harvey Bartle, III, U.S.D.J.
April 7, 2026
Page **2** of **2**

//

In light of this order, Plaintiffs now file redacted versions of their omnibus briefing in the four case captioned in the subject line of this letter, along with a redacted version **Exhibit C** to this briefing.  The redacted omnibus brief is attached as **Exhibit 3**, and Ex. C to that briefing is attached as **Exhibit 4**. These redactions relate only to the PublicNSA case, not the other cases.

Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*


 */s/ Jessica A. Merejo*
 JESSICA A. MEREJO

JAM/
cc:      All counsel of record (via ECF)