UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: May 19, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kori DiMattia

**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-11023 (HB)
ATLAS DATA PRIVACY CORPORATION
v.
SPY DIALER, INC

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

In Person Status Conference held on the record.

Time Commenced:  10:00 a.m.
Time Adjourned:    10:42 a.m.
Total Time: 1 Minutes

                            s/ Ivannya Fitzgerald
                              **DEPUTY CLERK**