UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN                                  **PROCEEDING DATE**: June 29, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kimberly Wilson

**TITLE OF CASE:**                                 **DOCKET #:** 1:24-cv-11023 (HB)
ATLAS DATA PRIVACY CORPORATION
v.
SPY DIALER, INC

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

In Person Status Conference held on the record.

Time Commenced: 10:00 a.m.
Time Adjourned:    10:42 a.m.
**Total Time**: 1 Minutes

                                              s/ Ivannya Fitzgerald
                                                **DEPUTY CLERK**