UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN                                   **PROCEEDING DATE**: July 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Megan McKay-Soule

**TITLE OF CASE:**                                   **DOCKET #:** 1:24-cv-11023 (HB)
ATLAS DATA PRIVACY CORPORATION
v.
SPY DIALER, INC

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:00 a.m.
Time Adjourned:     10:52 a.m.
**Total Time**: 1 Minute

s/ Ivannya Fitzgerald
**DEPUTY CLERK**